IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

SUNSET HILLS TOWNHOMES, LLC,

Plaintiff,

vs.

ANDRES MENJIVER, in his individual and official capacity as code enforcement officer for the City of Bellevue, Nebraska; JOEY BOCKMAN, in his individual and official capacity as code enforcement supervisor for the City of Bellevue, Nebraska; CITY OF BELLEVUE, NEBRASKA; and CROW LAWN CARE, LLC,

Defendants.

**4:26CV3186**

**ORDER**

This matter is before the Court on a review of the docket. On November 12, 2026, Sam Crow, an individual, signed and filed an answer to the Amended Complaint on behalf of Defendant Crow Lawn Care, LLC. *See* Filing No. 18. However, a limited liability company cannot litigate its action in this forum without representation by licensed counsel. *See Knoefler v. United Bank of Bismarck*, 20 F.3d 347, 348 (8th Cir. 1994); *Rowland v. California Men's Colony*, 506 U.S. 194, 202 (1993) ("[A] corporation may appear in the federal courts only through licensed counsel."); *Joda, LLC v. Ace NC Sys., LLC*, No. 4:09CV1197, 2014 WL 2217279, at *1 (E.D. Mo. May 29, 2014) (finding that the same to be true for LLCs). Thus, Defendant Crow Lawn Care, LLC must obtain the services of legal counsel.

Accordingly,

IT IS ORDERED:

1. On the Court's own motion, the answer filed on behalf of Crow Lawn Care, LLC, Filing No. 18, is stricken.

2. On or before December 3, 2026, Defendant Crow Lawn Care, LLC, through counsel, shall file an answer or other responsive pleading. The failure to do so may result in the entry of default and/or default judgment against Defendant Crow Lawn care, LLC.

Dated this 12th day of November, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge